## MT. ST. MARY'S TRAINING SCHOOL FOR GIRLS v HARRIGAN

Ohio Appeals, 1st Dist, Hamilton Co
No. 3741. Decided Dec 15, 1930

Kunkel & Kunkel, Cincinnati, for Mt. St. Mary's Training School for Girls.

W. K. Divers, Cincinnati, for Harrigan.

Donald Gottwald, Akron, Waters, Andress, Hagelbarger, Wise & Maxon, of Akron, for Penna. R. R. Co.

ROSS, J.

The employee merely had a contractual claim upon the school for meals, food, and board for himself and his family. Such right or claim is not included within the meaning of the word "property" as used in the garnishment sections.

We see no beneficial result in extending this opinion by developing the manifest absurdities which would result from a contrary holding.

The judgment will be reversed, and judgment will be entered here in favor of the plaintiff in error.

HAMILTON, J, concurs.